No. 98–5577. LOCKHART v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5680. NICKLASSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–5772. LADUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5826. HOUGH v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–5848. STEVENS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–5853. BIEGHLER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 98–5942. RICHARDSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–6087. BOYD v. HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. 2d Cir. Certiorari denied.

No. 98–6113. ROSENBERG v. ARLINGTON COUNTY GOVERNMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6115. CRAWFORD v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–6124. MOODY v. MOODY. Ct. Sp. App. Md. Certiorari denied.

No. 98–6131. LEWIS v. PUGH, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98–6133. COLE v. JOHNSON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6137. WILLIAMS v. CONWAY ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6138. WILLIAMS v. FRANCIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–6151. CHANEY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.